DISCIPLINARY COUNSEL *v.* EDMINISTER.

[Cite as *Disciplinary Counsel v. Edminister*, 2026-Ohio-331.]

*Attorneys at law—Reciprocal discipline from the Supreme Court of Colorado—Six-month suspension fully stayed on conditions—Gov.Bar R. V(11)(F)(4).*

(No. 2025-1714—Submitted February 2, 2026—Decided February 4, 2026.)

ON CERTIFIED ORDER of the Supreme Court of Colorado, No. 25PDJ75.

_____

{¶ 1} This cause is pending before the Supreme Court of Ohio in accordance with the reciprocal-discipline provisions of Gov.Bar R. V(20).

{¶ 2} On December 30, 2025, relator, disciplinary counsel, filed with this court a certified copy of an order of the Supreme Court, State of Colorado, entered November 21, 2025, in *The People of the State of Colorado vs. Michael E. Edminister*, case No. 25PDJ75, suspending respondent, Michael Edward Edminister, from the practice of law for six months, all stayed upon the successful completion of a two-year period of probation, subject to conditions. On December 31, 2025, this court ordered respondent to show cause why identical or comparable discipline should not be imposed in this State. No objections were filed, and this cause was considered by the court.

{¶ 3} On consideration thereof, it is ordered and adjudged by this court that pursuant to Gov.Bar R. V(20)(C), respondent, Michael Edward Edminister, Attorney Registration No. 0037741, last known business address in Akron, Ohio, is suspended from the practice of law in Ohio for a period of six months with the entire suspension stayed provided that respondent complies with the conditions ordered by the Supreme Court, State of Colorado. It is further ordered that if respondent fails to comply with the conditions of the stay, the stay will be revoked and he shall serve the entire six-month suspension.

**{¶ 4}** It is further ordered that the Office of Attorney Services shall not issue a certificate of good standing to respondent during any period of suspension, including any stayed period of suspension.

**{¶ 5}** It is further ordered by the court that within 90 days of the date of this order, respondent shall reimburse any amounts that have been awarded against respondent by the Lawyers' Fund for Client Protection pursuant to Gov.Bar R. VIII(7)(F). It is further ordered by the court that if after the date of this order, the Lawyers' Fund for Client Protection awards any amount against respondent pursuant to Gov.Bar R. VIII(7)(F), respondent shall reimburse that amount to the Lawyers' Fund for Client Protection within 90 days of the notice of that award.

**{¶ 6}** It is further ordered that respondent shall keep the clerk and disciplinary counsel advised of any change of address where respondent may receive communications.

**{¶ 7}** It is further ordered that service shall be deemed made on respondent by sending this order, and all other orders in this case, to respondent's last known address.

**{¶ 8}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

———————————